USODC
Pennsylvania
Original

FILED
JAN 17 2006
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl St, NY, NY 10007

Court – Civil 11:15M
US Court of Appeals
for 2nd Circuit
NY, NY 10007
Page -1

"Jungle Democracy – oppression – etc" et al
  Plaintiff
-vs-
NY State – a Publication
c/o NYS Attorney      By Kamal K Roy
General, 120          a/k/a Joseph Gronen
Broadway, et al
NY 10271 et al
  Defendant(s)

REQUEST TO PROCEED
IN FORMA PAUPERIS

06 — 505

signed in original

I, **Kamal K Roy**, 14 Kiwasse Rd S/L, NY 12983, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

Disabled — disabled Mobile priest

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   Disabled but about 20% body strength to move around and be mobile

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   Disabled since 1993
   on SSI payment since 1998
   NIL  get SSI payment of
   NIL  @ 488.00 pm

3. Have you received, within the past twelve months, any money from any source? If so, see attached, name the source and the amount of money you received.

   Disability payment

   a) Are you receiving any public benefits?  ☐ No. ☒ Yes, $ 488 pm
   b) Do you receive any income from any other source?  ☒ No. ☐ Yes, $ Social security disability payment only

original

KR
Job
11/16/2005

JGR
12/27/2005

P.T.O – Page 2

List Defendant Add'l P.

KR
JGR
12/2/05

KR
JGR
12/2/05

Additional Affidavit
Original Affidavit

Kamal K Roy
1/12/2006
Mobile priest

4. Do you have any money, including any money in a checking or savings account? If so, how much?

_____

5. Do you own any apartment, house or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

Nil

7. Do you pay for rent or for a mortgage? If so, how much each month?

Pay Rent $ 185/month in Hud Housing

8. State any special financial circumstances which the Court should consider.

Nil

_Signed in original_

To US District Court Civil for Pennsylvania at Philadelphia

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this 16th day of November, 2005.         Kamel Ry
                                                 Kamel Ry
December 27, 2005    Kamel KRy  12/2/05
Dec 27, 2005         a/k/a Ree Joseph
                          (signature)
                          Geronimo

rev. 1/2001

Plaintiff/Appellee
a/k/a Joseph
Geronimo L
1/17/2006 mobile phone Sony
12-27-05
(x) Original