IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUNGLE DEMOCRACY, ET AL.        :
                                :        CIVIL ACTION
        v.                      :
                                :        NO. 06-CV-505
GEORGE BUSH, ET AL.             :

**SURRICK, J.**                                    **FEBRUARY 14, 2006**

## MEMORANDUM ORDER

Plaintiff  "'Jungle Democracy – oppression – etc.' et al. – a publication by Kamal K. Roy

A/K/A Rev. Joseph Geronimo, Jr. a poor disabled mobile priest," acting pro se,[1] filed this matter

naming some fifty-nine defendants including federal and state officials, foreign governments,

telecommunications agencies, financial institutions, private individuals, Kentucky Fried Chicken,

the President and Vice President of the United States, *The New York Times*, and God.  Plaintiff's

Complaint alleges, inter alia, failure to safeguard the Constitution, insurance fraud, perjury, and

violation of the notary laws.

Plaintiff has filed a request to proceed in forma pauperis.  Section 1915(e)(2) of Title 28

of the United States Code dealing with in forma pauperis applications provides that a court may

dismiss a case at any time if it determines that the case is frivolous or malicious or fails to state a

claim.  The Complaint in this matter is irrational and incomprehensible.[2]  There is no cognizable

---

[1] The affidavit on the Request To Proceed In Forma Pauperis was signed by Kamal K.
Roy A/K/A Rev. Joseph Geronimo, Jr.  Evidently, Rev. Joseph Geronimo, Jr. has filed at least
nine prior lawsuits in the United States District Court for the Southern District of New York.  All
of those actions were dismissed as being without merit.  *See Handicap Interests Int'l v. United
States*, 95 Civ. 2152, 1995 U.S. Dist. Lexis 6604, at *1 (S.D.N.Y May 17, 1995).

[2] *See Neitzke v. Williams*, 490 U.S. 319, 326-28 (1989) (a court may dismiss an in forma
pauperis complaint as factually frivolous if the facts alleged are clearly baseless, a category that
includes allegations that are fanciful, delusional, irrational or wholly incredible); *see also Denton
v. Hernandez*, 504 U.S. 25, 32 (1992).

claim or even an intelligible sentence within its text.  Accordingly, it is ORDERED that

Plaintiff's Complaint is DISMISSED with prejudice.

      IT IS SO ORDERED.


BY THE COURT:

S/ R. Barclay Surrick

_____

R. Barclay Surrick, Judge